UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LINDA JEAN ANN GOINS,**

 Plaintiff,

v.            No. 4:22-cv-0870-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

 Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

 The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation in this case. ECF No. 18. No objections were filed; therefore, the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Commissioner's decision is **AFFIRMED**.

 The Court therefore **ORDERS** that this case is **DISMISSED with prejudice.**

 **SO ORDERED** on this **11th day** of **July 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE